UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| ARNAUD CAMMAS,<br><br>      Plaintiff,<br><br>    v.<br><br>YMCA OF EAST BAY, et al.,<br><br>      Defendants. | Case No.  25-cv-10295-RFL<br><br>**ORDER TO SHOW CAUSE WHY OPPOSITION HAS NOT BEEN FILED**<br><br>Re: Dkt. No. 12 |

The deadline for Arnaud Cammas, who is representing himself, to file an opposition to Defendants' motion to dismiss was February 25, 2026, but no opposition has been filed. Cammas is **ORDERED** to file either an opposition or a notice of non-opposition by **March 20, 2026**.  Any reply shall be due by **March 27, 2026**.  If Cammas fails to file an opposition, his complaint may be dismissed without further notice under Federal Rule of Civil Procedure 41(b) for failure to prosecute.

    **IT IS SO ORDERED.**

Dated: March 6, 2026

RITA F. LIN
United States District Judge

1